# United States District Court
# Eastern District of California
### Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | VIOLATE/CASE NO. 3:09-mj-0052 |
| ) | |
| vs.        ) | **ORDER TO APPEAR** |
| ) | |
| Stephen D. Miller   ) | |
| ———————————————) | |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in

Sacramento, California, at 510 I Street, in the Magistrate Courtroom on _12-16-09_,

at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant

may be issued for your arrest.

Dated: _11-17-09_

_Christy L. Pino_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

**FILED**

NOV 1 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _Christy L. Pino_
DEPUTY CLERK