DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEPHEN G. MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-043 LKK |
| ) Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| STEPHEN G. MILLER, ) | |
| ) Defendant. ) | |
| _____ ) | |

     This matter came on calendar for a status conference hearing on February 9, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Michelle Rodriguez appeared on behalf of the United States of America. Assistant Federal Defender Lauren Cusick appeared on behalf of Defendant Stephen G. Miller, who was not present in court but appearance waiver is on file with the court.

     Defense counsel requested that this matter be set for further status conference on March 2, 2010 at 9:15 am.

1 | The parties agreed on the need for additional time to allow time
2 | for defense preparation.
3 | **IT IS HEREBY ORDERED** that this matter be set for further status
4 | conference on March 2, 2010 at 9:15 am..
5 | **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
6 | and (B)(iv), and Local Code T4, the period from February 9, 2010, up to
7 | and including March 2, 2010, is excluded from the time computations
8 | required by the Speedy Trial Act due to counsel preparation.

11 | Dated: February 23, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT