```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  STEPHEN G. MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-043 LKK |
| ) Plaintiff, ) | |
| ) v. ) | ORDER AFTER HEARING |
| ) STEPHEN G. MILLER, ) | |
| ) Defendant. ) | |
| _____ ) | |

     This matter came on calendar for a status conference hearing on March 2, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michelle Rodriguez appeared on behalf of the United States of America. Assistant Federal Defender Lauren Cusick appeared on behalf of Defendant Stephen G. Miller, who was not present in court but appearance waiver is on file with the court.

     Defense counsel requested that this matter be set for further status conference on March 23, 2010 at 9:15 am.

1    The parties agreed on the need for additional time to allow time
2 for defense preparation.
3    **IT IS HEREBY ORDERED** that this matter be set for further status
4 conference on March 23, 2010 at 9:15 am..
5    **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
6 and (B)(iv), and Local Code T4, the period from March 2, 2010, up to
7 and including March 23, 2010, is excluded from the time computations
8 required by the Speedy Trial Act due to counsel preparation.
9 Dated: March 8, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT