1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  STEPHEN G. MILLER

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      )  No. CR-S-10-043 LKK
12                                )
                    Plaintiff,    )        AMENDED
13                                )  ORDER AFTER HEARING
        v.                        )
14                                )
   STEPHEN G. MILLER,             )
15 MADELINE C. MILLER,            )
                                  )
16                  Defendant.    )
                                  )
17 _____

18

19      This matter came on calendar for a status conference hearing on

20 March 2, 2010, in the courtroom of the Honorable Lawrence K. Karlton,

21 Senior Judge.  Assistant United States Attorney Michelle Rodriguez

22 appeared on behalf of the United States of America.  Assistant Federal

23 Defender Lauren Cusick appeared on behalf of defendant Stephen G.

24 Miller, who was not present in court but appearance waiver is on file

25 with the court, and attorney Scott Cameron appeared on behalf of

26 defendant Madeline C. Miller, who was not present in court but

27 appearance waiver is on file with the court.

28

1    Defense counsel requested that this matter be set for further
2    status conference on March 23, 2010 at 9:15 am.

3    The parties agreed on the need for additional time to allow time
4    for defense preparation.

5    **IT IS HEREBY ORDERED** that this matter be set for further status
6    conference on March 23, 2010 at 9:15 am..

7    **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
8    and (B)(iv), and Local Code T4, the period from March 2, 2010, up to
9    and including March 23, 2010, is excluded from the time computations
10   required by the Speedy Trial Act due to counsel preparation.

11   Dated: March 8, 2010

12

13

14   _____

15   LAWRENCE K. KARLTON
     SENIOR JUDGE
16   UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28