```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>     v.                          )<br>                                 )<br>STEPHEN MILLER,                  )<br>MADELINE MILLER,                 )<br>                                 )<br>              Defendant.         )<br>_____ | NO. CR.S-10-043-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: April 13, 2010<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LAUREN CUSICK, attorney for STEPHEN MILLER, and SCOTT CAMERON, attorney for MADELINE MILLER, that the status conference hearing date of March 23, 2010 be vacated, and the matter be set for status conference on April 13, 2010 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to advise their clients regarding the government's proposed resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 13, 2010 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   March 22, 2010.              Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Lauren Cusick
                                            LAUREN CUSICK
                                            Assistant Federal Defender
                                            Attorney for STEPHEN MILLER

                                            /s/ Lauren Cusick for
                                            SCOTT CAMERON
                                            Attorney for Defendant
                                            MADELINE MILLER

DATED:   March 22, 2010.              BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Lauren Cusick for
                                            MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 23, 2010,  status conference hearing be continued to April 13, 2010, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The

2

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time up to and including the
4  April 13, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
7  Local Code T-4, to allow defense counsel reasonable time to prepare.
8  Dated:  3/22/2010

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```