```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  STEPHEN G. MILLER

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11
    UNITED STATES OF AMERICA,       ) No. CR-S-10-043 LKK
12                                  )
                  Plaintiff,        )
13                                  ) ORDER AFTER HEARING
         v.                         )
14                                  )
    STEPHEN G. MILLER,              )
15  MADELINE C. MILLER,             )
                                    )
16                Defendant.        )
                                    )
17  _____

18

19       This matter came on calendar for a status conference hearing on

20  April 13, 2010, in the courtroom of the Honorable Lawrence K. Karlton,

21  Senior Judge.  Assistant United States Attorney Michelle Rodriguez

22  appeared on behalf of the United States of America.  Assistant Federal

23  Defender Lauren Cusick appeared on behalf of defendant Stephen G.

24  Miller, who was not present in court but appearance waiver is on file

25  with the court, and attorney Scott Cameron appeared on behalf of

26  defendant Madeline C. Miller, who was not present in court but

27  appearance waiver is on file with the court.

28
```

1       Defense counsel requested that this matter be set for further
2  status conference on April 27, 2010 at 9:15 am.
3       The parties agreed on the need for additional time to allow time
4  for defense to review plea offer with client.
5       **IT IS HEREBY ORDERED** that this matter be set for further status
6  conference on April 27, 2010 at 9:15 am..
7       **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
8  and (B)(iv), and Local Code T4, the period from April 13, 2010, up to
9  and including April 27, 2010, is excluded from the time computations
10 required by the Speedy Trial Act due to counsel preparation.
11 Dated: April 19, 2010

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

-2-