SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br> MADELINE C. MILLER and       )<br> STEPHEN G. MILLER,           )<br>                              )<br>         Defendant.           )<br>_____) | CASE NO.  2:10-CR-043 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME**<br><br>DATE:  September 8, 2010<br>TIME:  9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the hearing on the motion to suppress evidence, currently set for Tuesday, September 8, 2010, at 9:15 a.m., shall be continued to Wednesday, September 28, 2010, at 9:15 a.m., and stipulate that the time beginning September 8, 2010, and extending through September 28, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

In accord with the change in the hearing date, the parties further stipulate that the briefing schedule should be modified as follows:

Defendants' moving papers: July 22, 2010

Government's opposition brief: September 3, 2010

Defendant's reply brief: September 17, 2010

Counsel for both defendants have been unable to meet with their

1  respective clients because both clients reside out of the area and
2  have had transportation issues.  In addition, Madeline C. Miller's
3  health has made a telephone conference difficult to schedule.  The
4  additional time requested is necessary to ensure effective
5  preparation, taking into account the exercise of due diligence.
6       Accordingly the parties believe that the continuance should be
7  excluded from the calculation of time under the Speedy Trial Act
8  pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,
9  the additional time is necessary to ensure effective preparation,
10 taking into account the exercise of due diligence, as well as to
11 ensure continuity of defense counsel.  18 U.S.C. § 3161 (h)(7)(B)(iv);
12 Local Code T4.  The interests of justice served by granting this
13 continuance outweigh the best interests of the public and defendant in
14 a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).
15      The prosecutor has authorized the defense attorney to sign on her
16 behalf.

DATED: June 29, 2010                BENJAMIN B. WAGNER
                                    United States Attorney


                          by    /s/ Scott N. Cameron, for
                                Michelle Rodriguez
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: June 29, 2010

                          by    /s/ Scott Cameron
                                Scott N. Cameron
                                Counsel for MADELINE C. MILLER

DATED: June 29, 2010

                          by    /s/ Scott N. Cameron, for
                                Lauren Cusick
                                Assistant Federal Defender
                                Attorney for Defendant
                                STEPHEN G. MILLER

**ORDER**

The hearing on the motion to suppress evidence in case 10-CR-043 LKK, currently set for Tuesday, September 8, 2010, at 9:15 a.m., shall be continued to Wednesday, September 28, 2010, at 9:15 a.m., and the time beginning September 8, 2010, and extending through September 28, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4. The briefing schedule is hereby modified as set forth in the above stipulation.

IT IS SO ORDERED.

DATED: June 30, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT