```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MADELINE C. MILLER and<br>STEPHEN G. MILLER,<br><br>             Defendant. | CASE NO.  2:10-CR-043 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME**<br><br>DATE:   September 28, 2010<br>TIME:   9:15 a.m.<br>COURT:  Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the motion schedule for defendants' joint motion to suppress evidence may be modified to allow the filing and service of defendants' moving papers on Monday, July 26, 2010, and the government's opposition brief on September 10, 2010. This stipulation reaffirms the previous stipulation that time through September 28, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The modified briefing schedule is as follows:

Defendants' moving papers: July 26, 2010

Government's opposition brief: September 10, 2010

Defendant's reply brief: September 17, 2010

Counsel for both defendants have had difficulty meeting with their respective clients because both clients reside out of the area

1  and have had transportation issues.  In addition, Madeline C. Miller's
2  health has made a telephone conference difficult to schedule.  The
3  additional time requested is necessary to ensure effective
4  preparation, taking into account the exercise of due diligence.
5       Accordingly the parties believe that the continuance should be
6  excluded from the calculation of time under the Speedy Trial Act
7  pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,
8  the additional time is necessary to ensure effective preparation,
9  taking into account the exercise of due diligence, as well as to
10 ensure continuity of defense counsel.  18 U.S.C. § 3161 (h)(7)(B)(iv);
11 Local Code T4.  The interests of justice served by granting this
12 continuance outweigh the best interests of the public and defendant in
13 a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).
14      The prosecutor has authorized the defense attorney to sign on her
15 behalf.

16 DATED: July 22, 2010           BENJAMIN B. WAGNER
                                  United States Attorney

                         by    /s/ Scott N. Cameron, for
                               Michelle Rodriguez
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

DATED: July 22, 2010

                         by    /s/ Scott Cameron
                               Scott N. Cameron
                               Counsel for MADELINE C. MILLER

DATED: July 22, 2010

                         by    /s/ Scott N. Cameron, for
                               Lauren Cusick
                               Assistant Federal Defender
                               Attorney for Defendant
                               STEPHEN G. MILLER

**ORDER**

The briefing schedule in case 10-CR-043 LKK is hereby modified as set forth in the above stipulation. As previously ordered, time through September 28, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: August 3, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT