BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR  10-043-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND JOINT |
| STEPHEN G. MILLER, and ) | MOTION TO SUPPRESS |
| MADELINE C. MILLER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 22, 2010, this Court entered a modified motions schedule indicating the following:

1. Defendants' motions shall be filed by July 26, 2010;
2. Opposition to the motions shall be filed by September 10, 2010;
3. An optional reply brief may be filed by September 17, 2010;
4. Hearing on the motions shall be held on September 28, 2010, at 9:15 a.m.

CR 35. The Court had indicated that should it be necessary to take evidence, an evidentiary hearing will be scheduled at a later time convenient to all.  On July 26, 2010, the defendants filed a joint motion to suppress and a memorandum supporting their motion to suppress.  See CR 36.

By this Court's July 22, 2010 Order, this Court also ordered that time (up to the filing of the motion to suppress) be excluded

**STIPULATION AND ORDER**                                             **1**

under the speedy trial act under local code T4.  The parties additionally recognize that time under the speedy trial act is automatically excluded after the filing of the motion to suppress. See Local Code E.

HEREBY, due to availability of assigned prosecutor, relocation of underlying law enforcement personnel/witnesses, and due to scheduling demands of each party's counsel and the Court, the parties jointly stipulate to the following amended pretrial motions schedule and request that the Court enter the following amended pretrial motions schedule:

1. U.S. Opposition to the Motion to Suppress shall be filed by October 29, 2010;
2. An optional reply brief may be filed by November 9, 2010;
3. Hearing on the motions shall be held on November 16, 2010, at 9:15 a.m.

Should it be necessary to take evidence, an evidentiary hearing may be scheduled at the November 16, 2010 hearing for a later time convenient to all.  Moreover, this Court's clerk has informed the undersigned prosecutor that this Court's calendar is available on November 16, 2010.

HERBY FURTHER, in support of this joint stipulation, the United States represents that it has not previously requested a continuance to file its Opposition to the Motion to Suppress, the United States is working to resolve witness availability issues, and neither defendant is presently in custody.

HEREBY FURTHER, the parties recognize and stipulate that time is automatically excluded and continues to be excluded from the speedy trial act for the pendency of defendant's motion to suppress.  See 18 U.S.C. § 3161(h)(1)(F) (time consumed by

**STIPULATION AND ORDER**                                                2

pretrial motions automatically excluded); <u>United States v. Wirsing</u>, 867 F.2d 1227, 1230 (9th Cir. 1989).

```
DATED:   9/10/10              BENJAMIN B. WAGNER
                              United States Attorney
                               /s/Michelle Rodriguez
                              _____
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


DATED:   9/10/10              /s/Michelle Rodriguez for
                              Scott Cameron (approved by voicemail)
                              _____
                              SCOTT CAMERON, ESQ.
                              Attorney for MADELINE MILLER


DATED:   9/10/10               /s/Michelle Rodriguez for
                              Lauren Cusick(approved by discussion)
                              _____
                              LAUREN CUSICK, ESQ.
                              Assistant Federal Defender
                              Attorney for STEPHEN MILLER
```

-------------------------------------------

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The non-evidentiary hearing on defendants' motion to suppress, set for September 28, 2010, is vacated.

2.  The Court adopts the parties' joint stipulation recognizing that time is excluded from the speedy trial act from July 26, 2010 until resolution of defendants' motion to suppress.

3.  U.S. Opposition to the Motion to Suppress shall be filed on or before October 29, 2010, any optional reply brief by defendants may be filed on or before November 9, 2010.

4.  Hearing on the motion to suppress shall be held on November 16, 2010, at 9:15 a.m.

DATED:   September 16, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER**                                        3