BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR  10-043-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER RE |
| STEPHEN G. MILLER, and ) | DEFENDANTS' JOINT |
| MADELINE C. MILLER, ) | MOTION TO SUPPRESS |
| ) | |
| Defendants. ) | |

HEREBY, due to availability of assigned prosecutor, relocation of underlying law enforcement personnel/witnesses, delay in processing transcripts, and due to scheduling demands of each party's counsel and the Court, the parties jointly stipulate to the following amended pretrial motions schedule and request that the Court enter the following amended pretrial motions schedule:

      1.    U.S. Opposition to the Motion to Suppress shall be filed by December 30, 2010;
      2.    An optional reply brief may be filed by January 7, 2011;
      3.    Hearing on the motions shall be held on January 11, 2011, at 9:15 a.m.

Should it be necessary to take evidence, an evidentiary hearing may be scheduled at the January 11, 2011 hearing for a later time

**STIPULATION AND ORDER**                                                                 **1**

convenient to all.  Moreover, this Court's clerk has informed the undersigned prosecutor that this Court's calendar is available on January 11, 2011.

HEREBY FURTHER, the parties recognize and stipulate that time is automatically excluded and continues to be excluded from the speedy trial act for the pendency of defendant's motion to suppress.  See 18 U.S.C. § 3161(h)(1)(F) (time consumed by pretrial motions automatically excluded); <u>United States v. Wirsing</u>, 867 F.2d 1227, 1230 (9th Cir. 1989).

```
DATED:   10/28/10              BENJAMIN B. WAGNER
                               United States Attorney
                                /s/Michelle Rodriguez
                               _____
                               MICHELLE RODRIGUEZ
                               Assistant U.S. Attorney


DATED:   10/28/10              /s/Michelle Rodriguez for
                               Scott Cameron (approved by email)
                               _____
                               SCOTT CAMERON, ESQ.
                               Attorney for MADELINE MILLER


DATED:   10/28/10               /s/Michelle Rodriguez for
                               Linda Harter(approved by email)
                               _____
                               LINDA HARTER, ESQ.
                               Chief Assistant Federal Defender
                               Attorney for STEPHEN MILLER
```

///

**STIPULATION AND ORDER**                                            **2**

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The non-evidentiary hearing on defendants' motion to suppress, set for November 16, 2010, is vacated.

2. The Court adopts the parties' joint stipulation recognizing that time is excluded from the speedy trial act from July 26, 2010 until resolution of defendants' motion to suppress.

3. U.S. Opposition to the Motion to Suppress shall be filed on or before December 30, 2010, any optional reply brief by defendants may be filed on or before January 7, 2011.

4. Hearing on the motion to suppress shall be held on January 11, 2011, at 9:15 a.m.

DATED:   October 29, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER**                                             3