```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MADELINE C. MILLER and<br>STEPHEN G. MILLER,<br><br>          Defendant. | CASE NO.  2:10-CR-043 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME**<br><br>DATE:  January 11, 2011<br>TIME:  9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the non-evidentiary hearing on defendants' joint motion to suppress evidence may be continued to February 1, 2011, and the briefing schedule on said motion may be modified to pursuant to the following schedule:

Defendants' moving papers: Already filed

Government's opposition brief: Already filed

Defendants' optional reply brief: January 25, 2011

Scott Cameron, counsel for Madeline Miller, is presently engaged in jury trial in the County of Sacramento (People v. Smith, 10F01139). Scott Cameron will still be engaged in this jury trial on the date currently set for the hearing on the instant matter, January 11, 2011. In addition, the government has recently disclosed potential Giglio material to the defense which may bear weight on the credibility of certain witness related to the instant motion.  The defense wishes to

1 | conduct additional investigation before filing a reply brief, if any.
2 |     Accordingly the parties believe that the continuance should be
3 | excluded from the calculation of time under the Speedy Trial Act
4 | pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,
5 | the additional time is necessary to ensure effective preparation,
6 | taking into account the exercise of due diligence, as well as to
7 | ensure continuity of defense counsel.  18 U.S.C. § 3161 (h)(7)(B)(iv);
8 | Local Code T4.  The interests of justice served by granting this
9 | continuance outweigh the best interests of the public and defendant in
10 | a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).
11 |     The prosecutor has authorized the defense attorney to sign on her
12 | behalf.
13 | DATED: January 6, 2011        BENJAMIN B. WAGNER
   |                               United States Attorney

                                  by   /s/ Scott N. Cameron, for
                                       Jill Thomas
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

DATED: January 6, 2011

                                  by   /s/ Scott Cameron
                                       Scott N. Cameron
                                       Counsel for MADELINE C. MILLER

DATED: January 6, 2011

                                  by   /s/ Scott N. Cameron, for
                                       Linda Harter
                                       Supervising Federal Defender
                                       Attorney for Defendant
                                       STEPHEN G. MILLER

**ORDER**

The non-evidentiary hearing on the defendants' joint motion to suppress evidence in case 10-CR-043 LKK is continued to February 1, 2011, and briefing schedule is hereby modified as set forth in the above stipulation. Time through February 1, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: January 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT