```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MADELINE C. MILLER and<br>STEPHEN G. MILLER,<br><br>　　　　　Defendant. | CASE NO.  2:10-CR-043 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME**<br><br>DATE:　February 1, 2011<br>TIME:　9:15 a.m.<br>COURT:　Hon. Lawrence K. Karlton |

　　　The parties stipulate, through undersigned counsel, that the non-evidentiary hearing on defendants' joint motion to suppress evidence may be continued to February 23, 2011, and the briefing schedule on said motion may be modified to pursuant to the following schedule:

　　　Defendants' moving papers: Already filed

　　　Government's opposition brief: Already filed

　　　Defendants' optional reply brief: February 15, 2011

　　　The government has recently disclosed potential Giglio material to the defense which may bear weight on the credibility of certain witnesses related to the instant motion.  The defense is actively investigating the information provided by the government and is trying to locate a specific witness and is researching other potential witnesses.

　　　Accordingly the parties believe that the continuance should be

excluded from the calculation of time under the Speedy Trial Act pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E. Furthermore, the additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence, as well as to ensure continuity of defense counsel. 18 U.S.C. § 3161 (h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The prosecutor has authorized the defense attorney to sign on her behalf.

DATED: January 24, 2011        BENJAMIN B. WAGNER
                               United States Attorney


                       by   /s/ Scott N. Cameron, for
                            Jill Thomas
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

DATED: January 24, 2011

                       by   /s/ Scott Cameron
                            Scott N. Cameron
                            Counsel for MADELINE C. MILLER

DATED: January 24, 2011

                       by   /s/ Scott N. Cameron, for
                            Linda Harter
                            Supervising Federal Defender
                            Attorney for Defendant
                            STEPHEN G. MILLER

**ORDER**

The non-evidentiary hearing on the defendants' joint motion to suppress evidence in case 10-CR-043 LKK is continued to February 23, 2011, and briefing schedule is hereby modified as set forth in the above stipulation. Time through February 23, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: January 27, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT