```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MADELINE C. MILLER and<br>STEPHEN G. MILLER,<br><br>          Defendant. | CASE NO.  2:10-CR-043 LKK<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME**<br><br>DATE:   February 23, 2011<br>TIME:   9:15 a.m.<br>COURT:  Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the non-evidentiary hearing on defendants' joint motion to suppress evidence may be continued to April 5, 2011, and the briefing schedule on said motion may be modified to pursuant to the following schedule:

Defendants' moving papers: Already filed

Government's opposition brief: Already filed

Defendants' optional reply brief: March 29, 2011

The government disclosed potential <u>Giglio</u> material to the defense which may bear weight on the credibility of certain witnesses related to the instant motion.  The defense began actively investigating the information provided by the government; however, the defense investigator has become very ill and the defense needs to reassign the case to a new investigator.

-1-

1   Accordingly the parties believe that the continuance should be
2 excluded from the calculation of time under the Speedy Trial Act
3 pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,
4 the additional time is necessary to ensure effective preparation,
5 taking into account the exercise of due diligence, as well as to
6 ensure continuity of defense counsel.  18 U.S.C. § 3161 (h)(7)(B)(iv);
7 Local Code T4.  The interests of justice served by granting this
8 continuance outweigh the best interests of the public and defendant in
9 a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

10   The prosecutor has authorized the defense attorney to sign on her
11 behalf.

12 DATED: February 15, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
13

14
                              by    /s/ Scott N. Cameron, for
15                                  Jill Thomas
                                    Assistant U.S. Attorney
16                                  Attorney for Plaintiff

17
DATED: February 15, 2011
18
                              by    /s/ Scott Cameron
19                                  Scott N. Cameron
                                    Counsel for MADELINE C. MILLER
20
DATED: February 15, 2011
21
                              by    /s/ Scott N. Cameron, for
22                                  Linda Harter
                                    Supervising Federal Defender
23                                  Attorney for Defendant
                                    STEPHEN G. MILLER
24

25

26

27

28

-2-

**ORDER**

The non-evidentiary hearing on the defendants' joint motion to suppress evidence in case 10-CR-043 LKK is continued to April 5, 2011, and briefing schedule is hereby modified as set forth in the above stipulation. Time through April 5, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: February 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT