```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    STEPHEN MILLER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S 10-043 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| STEPHEN MILLER, | ) | |
| MADELINE MILLER, | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for motion hearing on April 5, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. Assistant United States Attorneys Matthew Stegman and Jill Thomas appeared on behalf of the United States of America. Assistant Federal Defender Matthew Bockmon appeared for Linda Harter on behalf of defendant Stephen G. Miller, who was not present in court but appearance waiver is on file with the court, and attorney Scott Cameron appeared on behalf of defendant Madeline C. Miller, who was not present in court but appearance waiver is on file with the court.

1    Defense counsel requested that the matter be set for evidentiary
2 hearing on June 8, 2011 at 9:15 a.m. However, the case may settle in
3 the meantime.
4    The parties agreed on the need for additional time to allow time
5 for defense preparation.
6    IT IS HEREBY ORDERED that this matter be set for evidentiary
7 hearing on June 8, 2011 at 9:15 a.m.
8    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
9 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
10 from April 5, 2011 to and including June 8, 2011 is excluded from the
11 time computations required by the Speedy Trial Act due to ongoing
12 preparation of counsel.
13 DATED: April 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2