SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-CR-043 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **EVIDENTIARY HEARING ON MOTION TO** |
| v. | ) | **SUPPRESS EVIDENCE AND EXCLUDING** |
| | ) | **TIME** |
| MADELINE C. MILLER and | ) | |
| STEPHEN G. MILLER, | ) | |
| | ) | DATE:   July 15, 2011 |
| Defendant. | ) | TIME:   10:00 a.m. |
| | ) | COURT:  Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the evidentiary hearing on defendants' joint motion to suppress evidence may be continued to September 14, 2011.  All briefing has been completed.

The government has recently presented a revised plea agreement to each defendant.  The attorneys for each defendant need the additional time to meet with their respective client and review the revised plea agreement.

Accordingly the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore, the additional time is necessary to ensure effective preparation,

-1-

taking into account the exercise of due diligence, as well as to ensure continuity of defense counsel. 18 U.S.C. § 3161 (h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The parties have authorized the defense attorney for Madeline Miller to sign on their behalf.

DATED: July 7, 2011                 BENJAMIN B. WAGNER
                                    United States Attorney


                          by    /s/ Scott N. Cameron, for
                                Jill Thomas
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

DATED: July 7, 2011

                          by    /s/ Scott Cameron
                                Scott N. Cameron
                                Counsel for MADELINE C. MILLER

DATED: July 7, 2011

                          by    /s/ Scott N. Cameron, for
                                Linda Harter
                                Supervising Federal Defender
                                Attorney for Defendant
                                STEPHEN G. MILLER

**ORDER**

The evidentiary hearing on the defendants' joint motion to suppress evidence in case 10-CR-043 LKK is continued to September 14, 2011. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. It is ordered that the time through September 14, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: July 8, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-