SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
MADELINE C. MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MADELINE C. MILLER and<br>STEPHEN G. MILLER,<br><br>        Defendant. | CASE NO.  2:10-CR-043 LKK<br><br>**STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING ON MOTION TO SUPPRESS EVIDENCE AND EXCLUDING TIME**<br><br>DATE:   September 14, 2011<br>TIME:   10:00 a.m.<br>COURT:  Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the evidentiary hearing on defendants' joint motion to suppress evidence may be continued to November 17, 2011, at 10:00 a.m.  All briefing has been completed.

The government has provided defense counsel with plea agreements for each defendant.  The parties are attempting to settle this case prior to the evidentiary hearing on the motion to suppress.  The attorneys for each defendant need the additional time to meet with their respective client to review the revised plea agreement.

Accordingly the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,

-1-

the additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence, as well as to ensure continuity of defense counsel. 18 U.S.C. § 3161 (h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

    The parties have authorized the defense attorney for Madeline Miller to sign on their behalf.

DATED: September 7, 2011    BENJAMIN B. WAGNER
                                    United States Attorney

                           by   /s/ Scott N. Cameron, for
                                Jill Thomas
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

DATED: September 7, 2011

                         by   /s/ Scott Cameron
                              Scott N. Cameron
                              Counsel for MADELINE C. MILLER

DATED: September 7, 2011

                         by   /s/ Scott N. Cameron, for
                              Linda Harter
                              Supervising Federal Defender
                              Attorney for Defendant
                              STEPHEN G. MILLER

**ORDER**

The evidentiary hearing on the defendants' joint motion to suppress evidence in case 10-CR-043 LKK is continued to November 17, 2011, at 10:00 a.m.  The Court finds that the additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence, as well as to ensure continuity of defense counsel.  18 U.S.C. § 3161 (h)(7)(B)(iv); Local Code T4.  The Court also finds the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A). Time through November 17, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: September 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT